**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01240-CV

### L. JOHNSON, Appellant

### V.

### JEFFREY A. VITT, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08160**

### ORDER

Before the Court is the January 9, 2023 request of Lanetta Williams, Official Court Reporter for the 116th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time until **January 24, 2023**.

/s/    BILL PEDERSEN, III
        JUSTICE